**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00758-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| RUBEN ANTONIO VIZCARRA-LOPEZ, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 8, 2026 at the hour of 11:00 a.m., be vacated and continued to July 7, 2026 at the hour of 10:00 a.m. in Courtroom 3D.

DATED this 24th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3